ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta
OCT 27 2026
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

*v.*

TORMIO MAURICE BARNES,
A/K/A TORMIO MAURCE
BARNES

Criminal Indictment

No. 1:26CR0499

THE GRAND JURY CHARGES THAT:

**Count 1**
**Knowingly Making a False Statement to a Licensed Firearms Dealer**
**(18 U.S.C. §922(a)(6))**

On or about December 5, 2025, in the Northern District of Georgia, the defendant, TORMIO MAURICE BARNES, A/K/A TORMIO MAURCE BARNES, knowingly made a false and fictitious written statement to Value Pawn and Jewelry, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, in connection with the attempted acquisition of a firearm, that is, one (1) Springfield XD-9, 9mm pistol, which statement was intended and likely to deceive the licensed dealer of firearms, as to a fact material to the lawfulness of the acquisition of said firearm by TORMIO MAURICE BARNES, A/K/A TORMIO MAURCE BARNES, in that TORMIO MAURICE BARNES, A/K/A TORMIO MAURCE BARNES, falsely represented that he has not previously been convicted of a crime punishable by imprisonment for more than a year, when, as he then well knew, he had been convicted of such a crime, all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**Count 2**
**Knowingly Making a False Statement to a Licensed Firearms Dealer**
**(18 U.S.C. §922(a)(6))**

On or about February 4, 2026, in the Northern District of Georgia, the defendant, TORMIO MAURICE BARNES, A/K/A TORMIO MAURCE BARNES, knowingly made a false and fictitious written statement to Value Pawn and Jewelry, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, in connection with the attempted acquisition of a firearm, that is, one (1) Taurus PT140G2A 40 S&W pistol, which statement was intended and likely to deceive the licensed dealer of firearms, as to a fact material to the lawfulness of the acquisition of said firearm by TORMIO MAURICE BARNES, A/K/A TORMIO MAURCE BARNES, in that TORMIO MAURICE BARNES, A/K/A TORMIO MAURCE BARNES falsely represented that he has not previously been convicted of a crime punishable by imprisonment for more than a year, when, as he then well knew, he had been convicted of such a crime, all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**Forfeiture**

Upon conviction of one or more of the offenses alleged in Counts One through Two of this Indictment, the defendant, TORMIO MAURICE BARNES, A/K/A TORMIO MAURCE BARNES, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the commission of the offenses.

If any property subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A TRUE BILL

FOREPERSON

THEODORE S. HERTZBERG
*United States Attorney*

MELISSA D. CHEAPE
*Assistant United States Attorney*
Georgia Bar No. 785373
600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000